IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TISHOMINGO RAILROAD COMPANY, INC.,**
**and R. BRUCE CRAWFORD, Individually**     **PLAINTIFFS**

**v.**     **CASE #: 1:06-cv-00343-NBB**

**BELLSOUTH TELECOMMUNICATIONS, INC.**     **DEFENDANT**

## JUDGMENT IN A CIVIL CASE

This action came before the court on a bench trial, Neal B. Biggers, Senior U.S. District Judge, presiding. After consideration of the testimony, evidence, and exhibits presented at trial and the post-trial briefs, the court finds as follows:

**IT IS ORDERED AND ADJUDGED:**

That the court finds in favor of the defendant BellSouth on all claims of all plaintiffs.

**ORDERED AND ADJUDGED** this the  22nd  day of September, 2010.

                                              **David Crews, Clerk**
                                    **UNITED STATES DISTRICT COURT**

                                    (By)     s/Nita Morris, Deputy Clerk